**Gary COATES, Appellant,**

v.

**ST. GOBIEN CALMAR, INC., Defendant,**

**Division of Employment Security, Respondent.**

**No. WD 66634.**

Missouri Court of Appeals, Western District.

Oct. 24, 2006.

Gary Coates, Appellant Pro Se.

Ninion S. Riley, Jefferson City, MO, for respondent.

Before HOWARD, P.J., BRECKENRIDGE and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Gary Coates appeals the decision of the Labor and Industrial Relations Commission that he is ineligible for benefits after October 11, 2005, because he voluntarily quit his job without good cause. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).